

P.O. Box 50428, Indianapolis, IN 46250-0401

JONATHAN K HAMILTON
248 HIGH ST
SANFORD            ME 04073

August 14, 2018

    Loan Number:
    Property Address:    248 HIGH ST
                                     SANFORD ME 04073

Dear Borrower(s):

We have not received your loan payments for the period of June 1, 2018 through August 1, 2018, which means your loan is in default. This letter is a demand for payment of the past due amounts causing the loan to be in default and any other charges that must be paid in order to cure the default, which are:

| | |
|---|---|
| Principal, interest, & escrow | $4,123.59 |
| Late charges | $152.76 |
| Default Expenses | $ .00 |
| Default Corporate Advances | $ .00 |
| Property Inspection Fees | $45.00 |
| NSF Fees | $ .00 |
| One Time Draft Fees | $ .00 |
| Payoff Statement Fees | $ .00 |
| Amortization Schedule | $ .00 |
| Optional Insurance | $ .00 |
| Less Amount in Suspense | $750.94 |
| Past Due Amount | $3,570.41 |

Interest and fees will continue to accrue after the date of this letter in accordance with the terms of your loan. The Total Amount Due does not include any amounts that become due after the date of this notice.

You have the right to cure the default by paying the Total Amount Due within 38 days within 38 days after we have given you this notice . If you do not cure the default by the date stated in this notice, Freedom Mortgage Corporation may require immediate payment in full, and Freedom Mortgage Corporation or another person may acquire the Property by means of foreclosure and sale.
If you meet the conditions stated in Section 19 of the Mortgage, you will have the right to have Freedom Mortgage Corporation's enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and Mortgage, and to present any other defenses that you may have.

EXHIBIT E

4011                                                                               Rev: 03/28/2018



P.O. Box 50428, Indianapolis, IN 46250-0401

You may have options available other than foreclosure. You may discuss available options with the mortgagee, the mortgage servicer, or a counselor approved by the United States Department of Housing and Urban Development ("HUD"). You are encouraged to explore available options prior to the end of the right-to-cure period .

The contact information for the mortgageehaving authority to modify your mortgage loan to avoid foreclosure is:

**Freedom Mortgage Corporation**
**10500 Kincaid Drive, Suite 111,**
**Fishers, Indiana 46037-9764**
**(855) 690-5900**

You may contact a HUD-approved counseling agency operating in Maine to assist mortgagors in the state to avoid foreclosure using the contact information that is provided with this letter.

HUD-approved counseling is available on FHA guaranteed loans by calling 1-800-569-4287. You may also be entitled to a face-to-face interview with Freedom Mortgage Corporation if you have an FHA-guaranteed loan. If you would like to discuss this letter and foreclosure prevention options, or arrange a face-to-face interview, we encourage you to contact our Customer Care Department immediately at (855) 690-5900, Monday through Friday, from 8:00am – 10:00pm, and Saturday from 9:00am – 6:00pm, Eastern Time.

You may request mediation to explore options for avoiding foreclosure judgment.

Please telephone Freedom Mortgage Corporation at (855) 690-5900 before you make your payment to confirm the amount you should pay. Payments must be made in U.S. currency, made payable to Freedom Mortgage Corporation, and sent to:

**Freedom Mortgage Corporation**
**P.O. Box 89486**
**Cleveland, OH 44101-9486**

You may access your loan information at your convenience, 24 hours a day, 7 days a week! Simply log on to our website at www.freedommortgage.com or call our automated phone system at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

Sincerely,

Customer Care Department
Freedom Mortgage Corporation



P.O. Box 50428, Indianapolis, IN 46250-0401

The following is a list including the names, addresses and telephone numbers of all counseling agencies approved by HUD to assist mortgagors in Maine to avoid foreclosure:

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website, Agency ID | Address | Languages | Parent Organization |
|---|---|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org<br>Agency ID: 84456 | 353 WATER STREET AUGUSTA, Maine 04330-4665 | - English | MAINE STATE HOUSING AUTHORITY |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org<br>Agency ID: 81649 | 262 Harlow Street PO Box 1162 BANGOR, Maine 04401-4952 | - English | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website: www.midcoastmainecommunityaction.org<br>Agency ID: 80502 | 34 Wing Farm Pkwy Bath, Maine 04530-1515 | - English<br>- Spanish | |
| WALDO COMMUNITY ACTION PARTNERS | Phone: 207-338-6809<br>E-mail: N/A<br>Website: waldocap.org<br>Agency ID: 90310 | 9 Field St Ste 201 Belfast, Maine 04915-6661 | - English<br>- French<br>- German | MAINE STATE HOUSING AUTHORITY |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org<br>Agency ID: 80985 | 30 Federal Street Suite 100 BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org<br>Agency ID: 81144 | 307 Cumberland Avenue PORTLAND, Maine 04101-4920 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@cflmaine.org<br>Website: cflme.org/<br>Agency ID: 80649 | 309 Cumberland Ave Ste 202 Portland, Maine 04101-4982 | - English<br>- French<br>- Other<br>- Swahili | MAINE STATE HOUSING AUTHORITY |



P.O. Box 50428, Indianapolis, IN 46250-0401

| Agency | Contact | Address | Languages | Parent |
|---|---|---|---|---|
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org<br>Agency ID: 82632 | 477 Congress St 5Th Floor Portland, Maine 04101 | - English<br>- Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | Phone: 207-774-8211<br>Fax: 207-828-2300<br>E-mail: nheald@ptla.org<br>Website: www.ptla.org<br>Agency ID: 80635 | 88 Federal St PO Box 547 PORTLAND, Maine 04101-4205 | - Arabic<br>- ASL<br>- Cambodian<br>- Cantonese<br>- Chinese Mandarin<br>- Creole<br>- Czech<br>- English<br>- Farsi<br>- French<br>- Hindi<br>- Hmong<br>- Indonesian<br>- Korean<br>- Polish<br>- Portuguese<br>- Russian<br>- Spanish<br>- Swahili<br>- Turkish<br>- Ukrainian<br>- Vietnamese | |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-768-3023-650<br>Toll-free: 800-432-7881<br>Fax: 207-768-3021<br>E-mail: jbaillargeon@acap-me.org<br>Website: www.acap-me.org<br>Agency ID: 83641 | 771 Main St PRESQUE ISLE, Maine 04769-2201 | - English | MAINE STATE HOUSING AUTHORITY |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: Meaghan.Arzberger@yccac.org<br>Website: www.yccac.org<br>Agency ID: 81150 | 6 Spruce Street SANFORD, Maine 04073-2917 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: www.community-concepts.org<br>Agency ID: 81580 | 17 Market Square SOUTH PARIS, Maine 04281-1533 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org<br>Agency ID: 81685 | 97 Water St Waterville, Maine 04901-6339 | - English | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

7018 0680 0000 7447 3750

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To: JONATHAN K HAMILTON
Street and Apt. No.: 248 HIGH ST
City, State, ZIP+4: SANFORD ME 04073

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

8-NT   Document 1-5   Filed 02/27/19   Page 6 of

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047



P.O. Box 50428, Indianapolis, IN 46250-0401

JONATHAN K HAMILTON
248 HIGH ST
SANFORD          ME 04073


August 14, 2018

    Loan Number:
    Property Address:    248 HIGH ST
                                     SANFORD ME 04073

Dear Borrower(s):

We have not received your loan payments for the period of June 1, 2018 through August 1, 2018, which means your loan is in default. This letter is a demand for payment of the past due amounts causing the loan to be in default and any other charges that must be paid in order to cure the default, which are:

| | |
|---|---|
| Principal, interest, & escrow | $4,123.59 |
| Late charges | $152.76 |
| Default Expenses | $ .00 |
| Default Corporate Advances | $ .00 |
| Property Inspection Fees | $45.00 |
| NSF Fees | $ .00 |
| One Time Draft Fees | $ .00 |
| Payoff Statement Fees | $ .00 |
| Amortization Schedule | $ .00 |
| Optional Insurance | $ .00 |
| Less Amount in Suspense | $750.94 |
| Past Due Amount | $3,570.41 |

Interest and fees will continue to accrue after the date of this letter in accordance with the terms of your loan. The Total Amount Due does not include any amounts that become due after the date of this notice.

You have the right to cure the default by paying the Total Amount Due within 38 days within 38 days after we have given you this notice . If you do not cure the default by the date stated in this notice, Freedom Mortgage Corporation may require immediate payment in full, and Freedom Mortgage Corporation or another person may acquire the Property by means of foreclosure and sale.
If you meet the conditions stated in Section 19 of the Mortgage, you will have the right to have Freedom Mortgage Corporation's enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and Mortgage, and to present any other defenses that you may have.



P.O. Box 50428, Indianapolis, IN 46250-0401

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, the mortgage servicer, or a counselor approved by the United States Department of Housing and Urban Development ("HUD").  You are encouraged to explore available options prior to the end of the right-to-cure period .

The contact information for the mortgageehaving authority to modify your mortgage loan to avoid foreclosure is:

**Freedom Mortgage Corporation**
**10500 Kincaid Drive, Suite 111,**
**Fishers, Indiana 46037-9764**
**(855) 690-5900**

You may contact a HUD-approved counseling agency operating in Maine to assist mortgagors in the state to avoid foreclosure using the contact information that is provided with this letter.

HUD-approved counseling is available on FHA guaranteed loans by calling 1-800-569-4287.  You may also be entitled to a face-to-face interview with Freedom Mortgage Corporation if you have an FHA-guaranteed loan.  If you would like to discuss this letter and foreclosure prevention options, or arrange a face-to-face interview, we encourage you to contact our Customer Care Department immediately at (855) 690-5900, Monday through Friday, from 8:00am – 10:00pm, and Saturday from 9:00am – 6:00pm, Eastern Time.

You may request mediation to explore options for avoiding foreclosure judgment.

Please telephone Freedom Mortgage Corporation at (855) 690-5900 before you make your payment to confirm the amount you should pay.  Payments must be made in U.S. currency, made payable to Freedom Mortgage Corporation, and sent to:

**Freedom Mortgage Corporation**
**P.O. Box 89486**
**Cleveland, OH 44101-9486**

You may access your loan information at your convenience, 24 hours a day, 7 days a week! Simply log on to our website at www.freedommortgage.com or call our automated phone system at (855) 690-5900.  Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

Sincerely,

Customer Care Department
Freedom Mortgage Corporation



P.O. Box 50428, Indianapolis, IN 46250-0401

The following is a list including the names, addresses and telephone numbers of all counseling agencies approved by HUD to assist mortgagors in Maine to avoid foreclosure:

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website, Agency ID | Address | Languages | Parent Organization |
|---|---|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org<br>Agency ID: 84456 | 353 WATER STREET AUGUSTA, Maine 04330-4665 | - English | MAINE STATE HOUSING AUTHORITY |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org<br>Agency ID: 81649 | 262 Harlow Street PO Box 1162 BANGOR, Maine 04401-4952 | - English | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website: www.midcoastmainecommunityaction.org<br>Agency ID: 80502 | 34 Wing Farm Pkwy Bath, Maine 04530-1515 | - English<br>- Spanish | |
| WALDO COMMUNITY ACTION PARTNERS | Phone: 207-338-6809<br>E-mail: N/A<br>Website: waldocap.org<br>Agency ID: 90310 | 9 Field St Ste 201 Belfast, Maine 04915-6661 | - English<br>- French<br>- German | MAINE STATE HOUSING AUTHORITY |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org<br>Agency ID: 80985 | 30 Federal Street Suite 100 BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org<br>Agency ID: 81144 | 307 Cumberland Avenue PORTLAND, Maine 04101-4920 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@cflmaine.org<br>Website: cflme.org/<br>Agency ID: 80649 | 309 Cumberland Ave Ste 202 Portland, Maine 04101-4982 | - English<br>- French<br>- Other<br>- Swahili | MAINE STATE HOUSING AUTHORITY |



P.O. Box 50428, Indianapolis, IN 46250-0401

| | | | | |
|---|---|---|---|---|
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | **Phone:** 866-232-9080<br>**Toll-free:** 866-232-9080<br>**Fax:** 866-921-5129<br>**E-mail:** counselinginfo@moneymanagement.org<br>**Website:** www.moneymanagement.org<br>**Agency ID:** 82632 | 477 Congress St 5Th Floor Portland, Maine 04101 | - English<br>- Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | **Phone:** 207-774-8211<br>**Fax:** 207-828-2300<br>**E-mail:** nheald@ptla.org<br>**Website:** www.ptla.org<br>**Agency ID:** 80635 | 88 Federal St PO Box 547 PORTLAND, Maine 04101-4205 | - Arabic<br>- ASL<br>- Cambodian<br>- Cantonese<br>- Chinese Mandarin<br>- Creole<br>- Czech<br>- English<br>- Farsi<br>- French<br>- Hindi<br>- Hmong<br>- Indonesian<br>- Korean<br>- Polish<br>- Portuguese<br>- Russian<br>- Spanish<br>- Swahili<br>- Turkish<br>- Ukrainian<br>- Vietnamese | |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | **Phone:** 207-768-3023-650<br>**Toll-free:** 800-432-7881<br>**Fax:** 207-768-3021<br>**E-mail:** jbaillargeon@acap-me.org<br>**Website:** www.acap-me.org<br>**Agency ID:** 83641 | 771 Main St PRESQUE ISLE, Maine 04769-2201 | - English | MAINE STATE HOUSING AUTHORITY |
| YORK COUNTY COMMUNITY ACTION AGENCY | **Phone:** 207-459-2903<br>**Fax:** 207-490-5026<br>**E-mail:** Meaghan.Arzberger@yccac.org<br>**Website:** www.yccac.org<br>**Agency ID:** 81150 | 6 Spruce Street SANFORD, Maine 04073-2917 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | **Phone:** 207-333-6419<br>**Fax:** 207-795-4069<br>**E-mail:** homequest@community-concepts.org<br>**Website:** www.community-concepts.org<br>**Agency ID:** 81580 | 17 Market Square SOUTH PARIS, Maine 04281-1533 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | **Phone:** 800-542-8227<br>**E-mail:** N/A<br>**Website:** www.kvcap.org<br>**Agency ID:** 81685 | 97 Water St Waterville, Maine 04901-6339 | - English | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |