UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Docket No. 2:19-cv-00088-NT |
| JONATHAN K. HAMILTON, | ) ) ) |
| Defendant. | ) |

**ORDER ON MOTION TO STAY
AND ORDER ON MOTION FOR DEFAULT JUDGMENT**

The Plaintiff filed a motion for default judgment on May 16, 2019 (ECF No. 11), which I denied without prejudice to allow the parties to engage in judicial settlement negotiations (ECF No. 27). In a status report filed on June 12, 2020, the Plaintiff reported that mediation was unsuccessful and requested that a foreclosure and sale judgment be entered. Status Report (ECF No. 31). On October 1, 2020, due to the ongoing COVID-19 pandemic, the Plaintiff filed a motion to stay this case until January 4, 2021 (ECF No. 32), which I granted (ECF No. 33). The Plaintiff also moved for judgment to enter following the stay. Mot. to Stay until Jan. 4, 2021 & for Judgment to Enter (ECF No. 32). Because I granted the Plaintiff's motion for a stay, I have not yet ruled on the pending motion for default judgment. Now before me is the Plaintiff's motion to extend the stay from January 4, 2021, until March 1, 2021, and its motion for judgment to enter by that date. Mot. to Extend Stay until Mar. 1,

2021 & for Judgment to Enter (ECF No. 34). The Court **GRANTS** the Plaintiff's motion to extend the stay of this case until March 1, 2021.

In addition, given the COVID-19 pandemic and in the interests of justice, the Court **DENIES** without prejudice the Plaintiff's pending motions for default judgment (ECF Nos. 32 and 34). The Plaintiff is free to refile its motion for default judgment upon expiration of the stay in this case.

SO ORDERED.

/s/ Nancy Torresen<br>United States District Judge

Dated this 5th day of January, 2021.