UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, | ) ) Docket No. 2:19-cv-00088-NT ) |
| Plaintiff, | ) Re: 248 High Street, )       Sanford, ME 04073 |
| v. | ) ) Mortgage: December 5, 2017 |
| JONATHAN K. HAMILTON, | ) York County Registry of Deeds ) Book 17624, Page 276 |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT OF FORECLOSURE**

Plaintiff Freedom Mortgage Corporation ("**Freedom**") seeks to foreclose on real property owned by Jonathan K. Hamilton and located at 248 High Street, Sanford, Maine. Before me is Freedom's motion for default judgment (ECF No. 46). After considering the evidence, I **GRANT** Freedom's motion for default judgment on Count I (Foreclosure).

**PROCEDURAL BACKGROUND**

On February 27, 2019, Freedom commenced this action seeking a judgment of foreclosure and sale under Maine's statutory foreclosure law, 14 M.R.S. § 6321 et seq. Compl. (ECF No. 1). Defendant Hamilton did not file a responsive pleading in this matter and was defaulted on April 25, 2019 (ECF 8). On May 16, 2019, Freedom filed a motion for default judgment (ECF No. 11), and I held a hearing on the motion on July 2, 2019 (ECF No. 14). At the July hearing, Freedom introduced documentary evidence and witness testimony in support of its motion for default judgment on the

foreclosure count. Court Exhibit List (ECF No. 15). Mr. Hamilton appeared at the hearing and represented that he had contacted Freedom and was working on completing loss mitigation documents for a loan modification. I informed Mr. Hamilton that a judicial settlement conference was available to him.

Over the next several months following the hearing, the parties were given an opportunity to try to settle the matter, including seeking assistance from a mediator with the State's Foreclosure Diversion Program and attending a judicial settlement conference with another District of Maine judicial officer. *See* ECF Nos. 16–25. Due to the parties' continued judicial settlement efforts, on February 18, 2020, I denied Freedom's 2019 motion for default judgment without prejudice. Order (ECF No. 27). On June 12, 2020, Freedom filed a status report and informed the Court that no agreement could be reached after multiple mediation sessions. Status Report (ECF No. 31).

Meanwhile, the COVID-19 pandemic intervened. Due to the pandemic and resulting federal and state government-imposed moratoria on foreclosures and evictions, on motions of the Plaintiff, the case was stayed from October 1, 2020 through August 31, 2021. *See* ECF Nos. 32–41. On two occasions, Freedom requested that the Court enter judgment for Freedom following the expiration of the stay. Mot. to Stay until Jan. 4, 2021 and for J. to Enter (ECF No. 32); Mot. to Extend Stay until Mar. 1, 2021 and for J. to Enter (ECF No. 34). In my January 5, 2021 order extending the stay, I denied Freedom's then-pending motions for default judgment (ECF Nos. 32 & 34) without prejudice and noted that Freedom would be free to refile its motion

following expiration of the stay. Order 2 (ECF No. 35). On October 1, 2021, Freedom filed its renewed Motion for Default Judgment and requested a hearing on the assessment of damages (ECF No. 46). The requested hearing was held on November 29, 2021 (ECF No. 53). Mr. Hamilton was mailed notice (ECF No. 52) and attended the hearing. At the November hearing, Freedom introduced documentary evidence and witness testimony in support of its motion for default judgment on the foreclosure count. (ECF Nos. 54–55.) Freedom also orally moved at the hearing for Counts II–V to be dismissed upon my granting Freedom's motion for default judgment on the foreclosure count.

## FACTUAL FINDINGS

Based on the evidence presented at the hearings, I make the following findings and conclusions:

- This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1).

- On December 5, 2017, Mr. Hamilton executed a promissory note ("**Note**"), promising to pay $206,200.00 plus interest to Freedom on a thirty-year repayment schedule at a 3.75% interest rate. Hr'g Ex. 1.

- On December 5, 2017, Mr. Hamilton executed a mortgage to Freedom, mortgaging the property that Mr. Hamilton had acquired at 248 High Street, Sanford, Maine ("**Sanford property**") as security for the Note ("**Mortgage**"). Hr'g Ex. 2.

- Mr. Hamilton defaulted on the Note by breaching the terms of the Note, including failing to make monthly payments due under the Note. On August 14, 2018, Freedom sent a notice of default and right to cure to Mr. Hamilton in accordance with 14 M.R.S. § 6111. Hr'g Ex. 5.

- On October 22, 2018, Mortgage Electronic Registration Systems, Inc. ("**MERS**"), which was designated as the mortgagee in the Mortgage solely

- as nominee for Freedom, assigned its interest in the Mortgage to Freedom. Hr'g Ex. 3.

- The Complaint in this action properly identifies the Sanford property by street address and the book and page number of the Mortgage, and the Complaint was timely recorded in the York County Registry of Deeds on March 25, 2019. Hr'g Ex. 8.

- Defendant Hamilton received notice of this action. *See* Proof of Service (ECF No. 6). Mr. Hamilton defaulted. Order (ECF No. 8).

- Mr. Hamilton is not in military service. Hr'g Ex. 7.

- There are no public utility easements held by a party-in-interest that survive the proceedings.

- As of November 29, 2021, Mr. Hamilton owed Freedom $262,310.46 on the Note, plus additional interest accruing at a prejudgment interest rate of 3.75% per annum, *see* 14 M.R.S. § 1602-B;Note, and a post-judgment interest rate as permitted under federal law, *see* 28 U.S.C. § 1961. Hr'g Ex. 6.

| Principal Balance | $204,790.75 |
|---|---|
| Accrued Interest | 27,467.86 |
| Escrow Advances | 19,135.57 |
| Expense Advances | 8,908.77 |
| Other Fees | 2,007.51 |
| **Total** | **$262,310.46** |

## CONCLUSION

Freedom's motion for default judgment on Count I is **GRANTED**. Accordingly, Freedom's motion to dismiss the remaining counts is also granted and Counts II–V are **DISMISSED**. Judgment of Foreclosure and Sale will issue separately.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 2nd day of December, 2021.